**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO: 3:12CV59-JAG |
| v. | ) |
| | ) |
| **COMMONWEALTH OF VIRGINIA,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| and | ) |
| | ) |
| **PEGGY WOOD, et al.,** | ) |
| | ) |
| Intervenor-Defendants. | ) |
| | ) |

**THE COMMONWEALTH'S COMPLIANCE CONTENTIONS AND ACTIONS TO ACHIEVE FULL COMPLIANCE**

The Defendant, the Commonwealth of Virginia ("Commonwealth"), by counsel, in accordance with the Court's Order dated March 12, 2019 (ECF No. 312), submits Attachment A, which contains a list of provisions of the Settlement Agreement that it believes it has met in addition to the provisions included in the Agreed Compliance List filed with the Court on April 12, 2019 (ECF No. 314), as well as the actions it has taken to comply.  In addition, for provisions of the Settlement Agreement for which the United States asserts that the Commonwealth has yet to comply, Attachment A contains action steps the Commonwealth is taking or will take that it believes will achieve full compliance.

Respectfully submitted,

COMMONWEALTH OF VIRGINIA

By: _____/s/_____
Allyson K. Tysinger, Counsel
Attorney for Defendant
Virginia Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 786-1927
(804) 371-8718 (Fax)
ATysinger@oag.state.va.us

The Honorable Mark R. Herring
Attorney General of Virginia

Cynthia V. Bailey
Deputy Attorney General

Allyson K. Tysinger
Virginia State Bar No. 41982
Senior Assistant Attorney General/Chief
202 North 9th Street
Richmond, Virginia 23219
(804) 786-1927
Fax (804) 371-8718
ATysinger@oag.state.va.us

Braden J. Curtis
Virginia State Bar No. 78413
Assistant Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 786-0144
Fax (804) 371-8718

Bcurtis@oag.state.va.us

## CERTIFICATE OF SERVICE

    I hereby certify that on the 17th day of April, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Benjamin O. Tayloe, Jr.
Deputy Chief
Kyle Smiddie
Jessica Polansky
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave, NW
Washington, D.C. 20530
Benjamin.Tayloe@usdoj.gov
Kyle.Smiddie@usdoj.gov
Jessica.Polansky@usdoj.gov

Robert P. McIntosh
Assistant United States Attorney
919 East Main Street, Suite 1900
Richmond, VA 23219
Robert.McIntosh@usdoj.gov

Gerald T. Schafer
Schafer Law Group
5265 Providence Road, Suite 303
Virginia Beach, Virginia 23464
rschafer@schaferlawgroup.com

Thomas York
The York Legal Group
3511 North Front Street
Harrisburg, PA 17110
tyork@yorklegalgroup.com

                                                /s/
                            Allyson K. Tysinger, VSB #41982
                            Attorney for Defendant
                            Virginia Office of the Attorney General
                            900 East Main Street
                            Richmond, Virginia 23219
                            (804) 786-1927
                            (804) 371-8718 (Fax)
                            ATysinger@oag.state.va.us