**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| COMMONWEALTH OF VIRGINIA, | ) ) ) CIVIL ACTION NO: 3:12cv059-JAG ) |
| Defendants, | ) ) |
| and | ) ) |
| PEGGY WOOD, *et al.* | ) ) |
| Intervenor-Defendants. | ) ) ) |

### UNITED STATES' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE

Plaintiff, the United States, hereby moves the Court *in limine* for an order excluding evidence offered to show compliance with the Court-ordered Settlement Agreement, ECF No. 112, that does not comply with the processes set out for determining compliance and achieving termination in that Court-ordered Settlement Agreement. The Settlement Agreement sets out specific processes for demonstrating compliance and for partial termination that were agreed upon by the parties and ordered by the Court, and that must control at the instant hearing. Specifically, the United States requests that the Court:

1. Prohibit the introduction or use of evidence to demonstrate the Commonwealth's compliance with the Settlement Agreement if it relates to facts on or after October 15,

2018, and has not been provided to and assessed by the Independent Reviewer and the United States; and

2. Prohibit the introduction or use of evidence to demonstrate compliance with provisions of the Settlement Agreement where that evidence is a compliance determination by the Independent Reviewer that has not been sustained for at least one year.

In further support, the United States refers the Court to the accompanying Memorandum in Support of Motion *In Limine* to Exclude Evidence (Memorandum).

## Requested Relief

For the foregoing reasons and those set forth in the accompanying Memorandum, the United States' Motion *in Limine* to Exclude Evidence should be granted.

Respectfully submitted,

Dated:  April 18, 2019

FOR THE UNITED STATES:

| | |
|---|---|
| G. ZACHARY TERWILLIGER<br>United States Attorney<br>Eastern District of Virginia | ERIC S. DREIBAND<br>Assistant Attorney General<br>Civil Rights Division |
| | STEVEN H. ROSENBAUM<br>Chief<br>Special Litigation Section |
| By:___/s/_____<br>ROBERT McINTOSH<br>Virginia Bar Number 66113<br>Attorney for the United States of America<br>United States Attorney's Office<br>919 East Main Street, Suite 1900 | BENJAMIN O. TAYLOE, JR.<br>Deputy Chief<br>Special Litigation Section |

Richmond, Virginia 23219
Telephone: (804) 819-7404
Facsimile: (804) 819-7417　　　　　　　　By:　　　　　/s/
Robert.McIntosh@usdoj.gov　　　　　　　KYLE SMIDDIE
　　　　　　　　　　　　　　　　　　　　JESSICA POLANSKY
　　　　　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　Civil Rights Division
　　　　　　　　　　　　　　　　　　　　Special Litigation Section

　　　　　　　　　　　　　　　　　　　　950 Pennsylvania Ave, NW
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　　Phone:   (202) 532-3249
　　　　　　　　　　　　　　　　　　　　Fax:  (202) 514-4883
　　　　　　　　　　　　　　　　　　　　kyle.smiddie@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18 day of April, 2019, I will electronically file the foregoing UNITED STATES' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Allyson Kurzmann Tysinger
Office of the Attorney General
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
ATysinger@oag.state.va.us

Gerard Thomas Schafer
Schafer Law Group
5265 Providence Rd
Suite 303
Virginia Beach, VA 23464
rschafer@schaferlawgroup.com

Thomas York
The York Legal Group LLC
3511 North Front Street
Harrisburg, PA 17110
tyork@yorklegalgroup.com

                                                                                                /s/
                                              Robert P. McIntosh
                                              Virginia Bar Number 66113
                                              Attorney for the United States of America
                                              United States Attorney's Office
                                              919 East Main Street, Suite 1900
                                              Richmond, Virginia 23219
                                              Telephone:  (804) 819-5400
                                              Facsimile: (804) 819-7417
                                              Email: Robert.McIntosh@usdoj.gov