# CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: 4/23/19

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>United States<br>v.<br>Commonwealth of Virginia | CASE NO: 3:12CV59<br><br>JUDGE: Gibney<br><br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR:  BENCH TRIAL ( )   MOTION HEARING ( )
OTHER: Hearing on Compliance Indicators

APPEARANCES:  Parties by (✓)/with ( ) counsel    Pro Se ( )

## PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )   DEFENDANT(S) ( ) Court ( )
OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE ( )
DEFENDANT(S) ADDUCED EVIDENCE ( )   RESTED ( ) MOTION ( ) _____
EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( x )

CASE CONTINUED UNTIL
ADDITIONAL NOTATIONS:

_an order will enter_

Counsel for Plaintiff(s): Robert McIntosh, Benjamin Tayloe, Jr., Jessica Polansky, Kyle Smiddie

Counsel for Defendant(s): Allyson Tysinger, Braden Curtis

Independent Reviewer: Donald Fletcher

SET: 9:00 a.m.   BEGAN: 9:05 a.m.   ENDED: 4:20 p.m.   TIME IN COURT: 5:35

RECESSES: 10:05 - 10:15 a.m.; 12:01 - 1:01 p.m.; 2:21 - 2:41 p.m.; 3:46 - 3:56 p.m.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | VIRGINIA-RICHMOND DIVISION |
|---|---|---|

| United States<br>V.<br>Commonwealth of Virginia | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: 3:12CR59 |
|---|---|

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Gibney | Polansky, et al. | Tysinger, et al. |
| 4/23/19 | COURT REPORTER<br>G. Halasz, OCR | COURTROOM DEPUTY<br>Tuck |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | On Section 5 |
| | x | | | | Alexis Aplasca |
| | 1 | | | x | Structure of quality assurance & improvement programs |
| | x | | | | Dev Nair |
| x | | | | | Emily Lauer |
| 1-12 | | | | x | US binder of exhibits |
| | x | | | | Wanda Seiler |
| | x | | | | Jodi Kuhn |
| | x | | | | On 5d3 a-h – Dr. Aplasca |
| x | | | | | Emily Lauer |
| | x | | | | On 5b6 – Peggy Balak |
| | | | | | On 5 h 1 & 2 |
| | x | | | | Eric Williams |
| x | | | | | Donald Fletcher |
| | | | | | On 5d3b |
| x | | | | | Emily Lauer |
| | | | | | On 3c2 a-f |
| | x | | | | Peggy Balak |
| x | | | | | Nancy Thaler |
| | x | | | | Ann Bevan |
| | | | | | On 3c6b2a; 3g; 3c7b |
| | x | | | | Heather Norton |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | | US | | vs. | CW | CASE NO. 3:12cv59 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | | | | | On 3d1 | |
| x | | | | | Nancy Thaler | |
| | x | | | | Peggy Balak | |

Page _____ of _____ Pages