IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>**COMMONWEALTH OF VIRGINIA,** )<br>)<br>Defendant.   )<br>)<br>and   )<br>)<br>**PEGGY WOOD, et al.,** )<br>)<br>Intervenor-Defendants.   )<br>) | ) **CIVIL ACTION NO: 3:12CV59-JAG** |

## COMMONWEALTH'S REQUEST FOR STAY

On February 17, 2023, pursuant to Section VII.C of the Settlement Agreement, the Commonwealth filed the Commonwealth's Request for Relief from Portions of the Settlement Agreement, ECF No. 437 ("Request for Relief"), asking the Court to relieve the Commonwealth of provisions of the Agreement that it has achieved and maintained compliance with for more than one year and that the Independent Reviewer has determined to be in Sustained Compliance.

During the status conference on February 23, 2023, the Parties and the Court discussed the Commonwealth's Request for Relief and a proposal to change the Independent Reviewer's review cycle.  After the status conference, the Parties and the Independent Reviewer continued to discuss the Commonwealth's motion, the review cycle, and the substance of particular compliance indicators.  The Commonwealth asks the Court to stay its ruling on the Request for Relief while the Parties continue to discuss these issues and work toward resolution.  The United States assents to this request.

Respectfully submitted,

FOR THE COMMONWEALTH OF VIRGINIA:

By: _____/s/_____
Braden J. Curtis, Counsel
Attorney for Defendant
Virginia Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 786-0144
(804) 371-8718 (Fax)
BCurtis@oag.state.va.us

THE HONORABLE JASON S. MIYARES
Attorney General of Virginia

COKE MORGAN STEWART
Deputy Attorney General

ALLYSON K. TYSINGER
Virginia State Bar No. 41982
Senior Assistant Attorney General/Section Chief
202 North 9th Street
Richmond, Virginia 23219
(804) 786-1927
Fax (804) 371-8718
ATysinger@oag.state.va.us

BRADEN J. CURTIS
Virginia State Bar No. 78413
Assistant Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 786-0144
Fax (804) 371-8718
Bcurtis@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas B. York, Esq.
Attorney for the Intervenors
York Law, PA

10320 X Way Road
Laurinburg, North Carolina 28352

70 North Yale Street
York, Pennsylvania  17403
tyork@yorklegalgroup.com

Gerard Schafer
Schafer Law Group
5265 Providence Road
Suite 303
Virginia Beach, Virginia  23464
rschafer@schaferlawgroup.com

Benjamin Tayloe
Jessica Polansky
Kyle Smiddie
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave., NW
Washington, D.C.  20530
benjamin.tayloe@usdoj.gov
jessica.polansky@usdoj.gov
kyle.smiddie@usdoj.gov

Robert P. McIntosh
Assistant United States Attorney
600 East Main Street, Suite 180
Richmond, Virginia  23219
Robert.McIntosh@usdoj.gov

                                                                                          /s/  
                                              Braden J. Curtis  
                                              Virginia State Bar No.78413  
                                              Attorney for Defendant  
                                              Virginia Office of the Attorney General  
                                              202 North 9th Street  
                                              Richmond, Virginia  23219  
                                              (804) 786-0144  
                                              (804) 371-8718 (Fax)  
                                              bcurtis@oag.state.va.us