IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                                                       Civil Action No. 3:12cv59

COMMONWEALTH OF VIRGINIA,
        Defendant,

and

PEGGY WOOD, et al.,
        Intervenor-Defendants.

## **ORDER**

This matter comes before the Court on a request for relief from portions of the Settlement Agreement (the "request for relief"), (ECF No. 437), and a request for stay, (ECF No. 438), filed by the Commonwealth. In the request for relief, the Commonwealth asks the Court to "relieve[ it] of the portions of the Settlement Agreement" that the Commonwealth believes are in "Sustained Compliance." (ECF No. 437, at 2.) The Court discussed the motion with the parties during the status conference on February 23, 2023. In the request for stay, the Commonwealth indicates that "the Parties and the Independent Reviewer continued to discuss the Commonwealth's motion, the review cycle, and the substance of particular compliance indicators" after the status conference. (ECF No. 438, at 1.) The Commonwealth, therefore, "asks the Court to stay its ruling on the Request for Relief while the Parties continue to discuss these issues and work toward resolution." (*Id.*) The United States consents to the request for stay.

Upon due consideration, the Court DENIES the Commonwealth's motions WITHOUT PREJUDICE. (ECF Nos. 437, 438.) The Commonwealth may refile its request for relief, if

necessary, after it has completed its discussions with the United States and the Independent Reviewer.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 8 March 2023
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge