IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                              Civil Action No. 3:12cv59

COMMONWEALTH OF VIRGINIA,
        Defendant,

and

PEGGY WOOD, et al.,
        Intervenor-Defendants.

## ORDER

This matter comes before the Court following a public hearing, which the Court held on July 27, 2023. For the reasons stated at the hearing, the Court REMOVES the following Compliance Indicators from the Consent Decree:

| Section | Compliance Indicator Number | Section | Compliance Indicator Number |
|---|---|---|---|
| III.C.7.a | 14.2 | III.D.6 | 20.13 |
| III.C.7.a | 14.3 | V.E.2 | 43.02 |
| III.C.7.a | 14.4 | V.I.1 | 51.1 |
| III.C.7.a | 14.5 | V.I.1 | 51.2 |
| III.C.7.a | 14.6 | V.I.1 | 51.3 |
| III.C.7.a | 14.7 | V.I.1 | 51.4 |
| III.D.6 | 20.01 | V.I.1 | 51.5 |
| III.D.6 | 20.02 | V.I.2 | 52.1 |
| III.D.6 | 20.03 | V.I.2 | 52.2 |
| III.D.6 | 20.04 | V.I.2 | 52.3 |
| III.D.6 | 20.05 | V.I.2 | 52.4 |
| III.D.6 | 20.06 | V.I.2 | 52.5 |
| III.D.6 | 20.07 | V.I.2 | 52.6 |
| III.D.6 | 20.08 | V.I.3 | 53.1 |
| III.D.6 | 20.09 | V.I.3 | 53.2 |
| III.D.6 | 20.10 | V.I.3 | 53.3 |
| III.D.6 | 20.11 | V.I.3 | 53.4 |
| III.D.6 | 20.12 | | |

Because the Court has removed these Compliance Indicators from the Settlement Agreement, the Court RELIEVES the Commonwealth from complying with the requirements set forth in those Compliance Indicators.[1] The Court DENIES WITHOUT PREJUDICE the Commonwealth's request to modify or otherwise relieve it of the requirements of any other Compliance Indicators.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 27 July 2023
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge

---

[1] The parties indicate that removing these Compliance Indicators will "result in the Commonwealth's being relieved of four provisions of the [Settlement] Agreement as well: III.D.6, V.I.1, V.I.2, and V.I.3." (ECF No. 452, at 1.)