IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**COMMONWEALTH OF VIRGINIA,** )<br>)<br>**Defendant.** )<br>)<br>**and** )<br>)<br>**PEGGY WOOD, et al.,** )<br>)<br>**Intervenor-Defendants.** )<br>) | **CIVIL ACTION NO. 3:12CV59-JAG** |

**REVISED JOINT MOTION FOR TERMINATION OF
CONSENT DECREE AND ENTRY OF PERMANENT INJUNCTION**

Pursuant to the Court's Order of November 7, 2024, ECF No. 542, the United States and the Commonwealth of Virginia, by counsel, hereby jointly submit an updated proposed Permanent Injunction, superseding the parties' revised joint proposal of September 26, 2024, ECF No. 538, and a redline document reflecting changes between the September 26 and presently filed versions. The parties believe that the updated proposed Permanent Injunction—which reflects additional discussions and negotiations in light of the Independent Reviewer's concerns—meets the aims of the Consent Decree while minimizing the need for ongoing Court oversight.

WHEREFORE, for the reasons stated above, the United States and the Commonwealth respectfully request that this Court terminate the Consent Decree entered on August 23, 2012, ECF No. 112, and enter the further revised Proposed Order Granting the Parties' Revised Joint Motion for Termination of Consent Decree and Entry of Permanent Injunction.

Dated: November 21, 2024    Respectfully submitted,

FOR THE UNITED STATES

| | |
|---|---|
| JESSICA D. ABER<br>United States Attorney<br>Eastern District of Virginia | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| By: */s/ Robert McIntosh*<br>ROBERT McINTOSH<br>Virginia Bar Number 66113<br>Attorney for the United States of America<br>United States Attorney's Office<br>919 East Main Street, Suite 1900<br>Richmond, Virginia 23219<br>Telephone: (804) 819-7404<br>Facsimile: (804) 771-2316<br>Robert.McIntosh@usdoj.gov | REGAN RUSH<br>Chief<br>Special Litigation Section<br><br>BENJAMIN O. TAYLOE, JR.<br>Deputy Chief<br>Special Litigation Section<br><br>By: */s/ Kyle Smiddie*<br>KYLE SMIDDIE<br>MATHEW SCHUTZER<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Ave, NW<br>Washington, D.C. 20530<br>Phone: (202) 532-3249<br>Fax: (202) 514-4883<br>kyle.smiddie@usdoj.gov<br>Mathew.schutzer@usdoj.gov |

FOR THE COMMONWEALTH OF VIRGINIA

| | |
|---|---|
| ALLYSON K. TYSINGER<br>Senior Assistant Attorney General/Chief<br>Virginia State Bar No. 41982<br>VIRGINIA OFFICE OF THE<br>  ATTORNEY GENERAL<br>202 North 9th Street<br>Richmond, Virginia 23219<br>Phone: (804) 786-1927<br>Fax: (804) 371-8718<br>ATysinger@oag.state.va.us | */s/ Whitney D. Russell*<br>WHITNEY D. RUSSELL<br>Virginia State Bar No. 98872<br>MATT JONES (*pro hac vice*)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Phone: (202) 663-6000<br>Fax: (202) 663-6363<br>whitney.russell@wilmerhale.com<br>matthew.jones@wilmerhale.com |

| | |
|---|---|
| RANDY C. SPARKS<br>Virginia State Bar No. 40723<br>NEIL S. TALEGAONKAR<br>Virginia State Bar No. 44589<br>KAUFMAN & CANOLES, P.C.<br>1021 East Cary Street, Suite 1400<br>Richmond, Virginia 23219<br>Phone: (804) 771-5700<br>Fax: (888) 360-9092<br>rcsparks@kaufcan.com<br>nstalegaonkar@kaufcan.com | ALAN E. SCHOENFELD (*pro hac vice*)<br>DEBO P. ADEGBILE (*pro hac vice*)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Phone: (202) 230-8800<br>Fax: (202) 230-8888<br>alan.schoenfeld@wilmerhale.com<br>debo.adegbile@wilmerhale.com |

3

## CERTIFICATE OF SERVICE

      I hereby certify that on November 21, 2024, I electronically filed the foregoing Joint Motion for Termination of Consent Decree and Entry of Permanent Injunction with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

      */s/ Whitney D. Russell*
WHITNEY D. RUSSELL
Virginia State Bar No. 98872
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 663-6000
Fax: (202) 663-6363
whitney.russell@wilmerhale.com