IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA
  PLAINTIFF,

v.

COMMONWEALTH OF VIRGINIA,
  DEFENDANT.
        and
PEGGY WOOD, ET AL.,
  INTERVENOR-DEFENDANTS.

Civil Action No. 3:12-CV-59-JAG

## ORDER

Upon consideration of the United States' Motion to Withdraw Jennifer Keen as counsel, it is hereby:

ORDERED that the motion is GRANTED; it is further

ORDERED that Jennifer Keen is withdrawn as counsel of record for the United States in this matter.

IT SO ORDERED.

Date: 28 January 2025
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge

JOHN A. GIBNEY, Jr.
UNITED STATES DISTRICT JUDGE