IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
Apr. 7, 2026
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

UNITED STATES OF AMERICA,
Plaintiff,

v.

Civil Action No. 3:12cv59

COMMONWEALTH OF VIRGINIA,
Defendant,

and

PEGGY WOOD et al.,
Intervenor-Defendants.

**ORDER**

This matter comes before the Court on the Independent Reviewer's submission of a proposed budget for fiscal year 2027, attached as Exhibit A. The parties have no objections to the proposed budget. The Court FINDS that the budget complies with the terms of the Permanent Injunction and hereby APPROVES the budget.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Date: 7 April 2026
Richmond, VA