# Exhibit A

TO: Allyson Tysinger
Deputy Attorney General/Chief, Health Services Section
Virginia Office of the Attorney General

Benjamin Tayloe
Deputy Chief, Civil Rights Division, Special Litigation Section
United States Department of Justice

FROM: Donald J. Fletcher
Independent Reviewer 3:12cv059

RE: Proposed Budget for Fiscal Year 2027

DATE: February 27, 2026

---

**Independent Reviewer: Fiscal Year 2027 Proposed Budget Summary**

| | |
|---|---|
| Office of the Independent Reviewer | $ 136,920 |
| Independent Reviewer travel | $ 6,438 |
| | $ 143,358 |
| | |
| Expert Consultants: | |
| Individual Services Reviews | $ 82,300 |
| Subject matter investigation, evaluation and reports | $ 81,345 |
| IR support, Interim reviews and reports | $ 9,944 |
| Consultant travel | $ 7,158 |
| | $ 180,747 |
| | |
| **Total** | **$324,105** |

## Budget Detail

### I. Office of the Independent Reviewer

The Independent Reviewer's proposed Fiscal Year 2027 budget is for the second fiscal year since the Court's January 15, 2025 approval of the Permanent Injunction. According to its Term 74, the role of the Independent Reviewer will end on January 15, 2027, two years from the date the Permanent Injunction was approved by the Court. The Independent Reviewer will continue to submit monthly statements to the Commonwealth detailing all expenses the Independent Reviewer incurred during the prior months. The proposed Fiscal Year 2027 budget is, therefore, for expenses that will be incurred for the seven and a half months, June 2026 through January 15, 2027.

This proposed budget estimates the use of funds to fulfill the Independent Reviewer's compliance monitoring and reporting responsibilities as detailed in the Permanent Injunction's Section VIII. In addition to the Independent Reviewer's time, travel, and office expenses, funds are budgeted for consultants to assist in compliance monitoring and to support the Independent Reviewer regarding the Commonwealth's work to achieve compliance with the Section IV Terms of the Injunction. The projected Fiscal Year 2027 expenses are to address the Independent Reviewer's essential functions, including consultation regarding:

- Permanent Injunction implementation,
- Measurable goals for compliance,
- Processes to capture related data,
- Monitoring methodologies,
- Monitoring reviews and reports, and
- Technical assistance.

To fulfill these essential functions, the Independent Reviewer, together with the assistance of expert consultants, plans to:

- Gather and analyze facts;
- Assess data quality methodologies;
- Assess and determine compliance;
- Engage with a wide range of stakeholders;
- Maintain regular communication with the Parties;
- Visit individuals and observe the delivery of services and program sites;
- Participate in Parties' meeting and Court status conferences and hearings, and
- Report to the Court.

Overall, the Fiscal Year 2027 budget includes estimated average monthly expenses for the Independent Reviewer of eleven full days per month and one day per month for a consultant to support and fill in whenever the Independent Reviewer is unavailable. The estimated total number of budgeted hours reflects the equivalent of between five and eighteen full days per month. The Office budget also includes expenses for phone, office supplies, data entry, and administrative support. The Office of the Independent Reviewer does not charge for expenses or time related to consultant recruitment; fringe benefits and liability insurance; accounting, office space and equipment, or internet expenses.

During Fiscal Year 2027, the Independent Reviewer will:

- Communicate with stakeholders, the Parties, and the Court;
- Plan and organize fact gathering and analysis;
- Review documents, records and reports;
- Interview experts, officials and investigators;
- Plan the focus and scope of independent consultant studies for the Twenty-ninth Review Period;
- Review and write timely feedback regarding subject matter that has been requested by the Commonwealth;
- Participate in kick-off and exit calls regarding planned and completed Twenty-ninth Period studies;
- Organize and conduct meetings with the Parties;
- Participate in status conferences and open court hearings;
- Testify, as needed, regarding matters related to the Commonwealth's implementation and accomplishments;
- Write the Twenty-ninth semi-annual Report to the Court; and
- Write a summary of the twenty-nine semi-annual Reports to the Court

The Commonwealth of Virginia will provide administrative support to facilitate the work of the Independent Reviewer at no cost. This will include support to assist with scheduling, to arrange for office and non-clinical meeting spaces that are accessible to stakeholders, and to facilitate responses to information requests.

| **Office of the Independent Reviewer** | **Rate** | **Unit** | **Qty** | **Total 2024** |
|---|---|---|---|---|
| Independent Reviewer On-site | $205 | per hour | 44 | $9,020 |
| Independent Reviewer Off-site | $205 | per hour | 587 | $120,335 |
| Consultant | $175 | per hour | 48 | $8,400 |
| Travel | $2,146 | per trip | 3 | $6,438 |
| Office expenses (phone, supplies, secretarial, etc.) | | | | $7,565 |
| **TOTAL** | | | | **$151,758** |

**<u>Cost Basis - Independent Reviewer and Consultant Travel</u>**
Budgeted expenses for typical four-day trip:

- $550 (average round trip airfares)
- $294 (3 day car rental $270 + 24 ($8/day for gas)]
- $720 ($240/night X 3 nights)
- $320 (4 X $80/diem)
- $142 ($.725 X 196 miles round trip from home to the airport)
- <u>$120 (4 X $30/day parking at home airport)</u>

$2,146 average cost per trip

## A. Compliance Monitoring

The focus of compliance monitoring during Fiscal Year 2027 will be on Virginia's continued development and operation of services and systems, and on the quantitative and qualitative aspects of compliance with the Terms and completion of the Actions that are delineated in Section IV of the Permanent Injunction. Monitoring the Commonwealth's implementation of the listed actions and its other initiatives to achieve the goals specified will include:

- Observations during site visits;
- Reviews of documents (e.g. policies, plans, training materials, records, forms, investigations);
- Interviews (e.g., with officials, providers, staff, case managers, individuals, and families);
- Input from stakeholders (e.g., self-advocates, individuals, families, providers, and CSBs);
- Reviews of the Commonwealth's and its affiliates' reports (e.g. DBHDS and DMAS summaries on progress, data, external consultant reports, and reports on progress completing the delineated actions and achievement of the specified goals);
- Reviews of studies and reports prepared by and for the Department of Justice, and
- Reviews of individual services (e.g., expert consultant and clinician interviews with individuals, staff, site visits, and review of discharge plans, individual support plans, monitoring reports, medical records, etc.).

The Independent Reviewer will also recruit, retain and coordinate the work of consultants with subject matter expertise who will assist and complement the Independent Reviewer's compliance monitoring. The Independent Reviewer will also utilize one of these consultants as a backup, if and when needed. These expert consultants will assess and report on facts and analysis regarding the Commonwealth's planning, development, operation and performance of services or systems and on the extent to which its initiatives have implemented the required the actions and achieved the goals of the Permanent Injunction's Section IV Terms. They will also review and assess individual services and systems operations (e.g., Individual Services Reviews and conduct other qualitative studies). This budget assumes completion of 6 to 8 assessments and reports by expert consultants, 28 to 30 Individual Services Reviews and reports, and one to three timely-feedback reviews. The Independent Reviewer will also write a summary of the 29 semi-annual Reports to the Court.

## B. Consultant Assessments and Reports

To produce the required Twenty-ninth semi-annual Report to the Court, this budget also includes funds for expert consultants to conduct 6 to 8 assessments and reports. These studies will focus on determining the extent that the Commonwealth has completed the listed Actions and achieved the specified goals in the Terms that are delineated in Section IV of the Permanent Injunction during the Twenty-ninth Period (i.e., April 1, 2026 - September 30, 2026). The budget for these studies is based on an estimated cost for reviews and written reports that range from $10,000 to $35,000, plus supplies and travel reimbursement. The cost range correlates with factors including the numbers of goal measures, actions and documents reviewed and whether the study includes an in-depth qualitative review of individual service outcomes or system performance, the reliability and validity of the data, and the number of individuals or cases in the study cohorts.

All Section IV Terms of the Permanent Injunction are projected for study during the Twenty-ninth Review Period. These Terms address subject areas including: services and outcomes for individuals with intense medical, behavioral and/or adaptive needs; case management; crisis and behavioral services; integrated day

activities and supported employment; nursing and health; community living options; provider training; quality service monitoring; and quality and risk management. The Independent Reviewer will study the status of all Section IV Terms of the Permanent Injunction during the Twenty-ninth Review Period and will write a separate Report to the Court that summarizes the Twenty-nine semi-annual Reports to the Court.

In addition to independent monitoring to produce the semi-annual Twenty-ninth Review Period report of the status of the Commonwealth's work to achieve the Terms of the Permanent Injunction, the proposed Fiscal Year 2027 budget includes funds to complete interim subject matter reviews. If requested by the Commonwealth, the interim subject matter review(s) will provide timely and formative evaluation feedback during the Review Period. Overall, the interim review(s) are budgeted for an average of eight hours for a consultant to request and review related documents, conduct interviews, confer with the Independent Reviewer and other experts, and draft findings and conclusions; and for an average of four hours for the Independent Reviewer to review documents, confer with consultants, and write and distribute the final report(s).

**C. Individual Services Reviews**

The proposed Independent Reviewer budget for Fiscal Year 2027 allocates funds to complete Individual Services Review studies of one of the identified subgroup of individuals with complex support needs and Home and Community-Based Services waiver-funded services. Because individuals with intense needs are those most threatened with removal from their homes, including unnecessary institutionalization, due to inadequate, or inappropriately delivered services, Individual Services Review study in Fiscal Year 2027 will contribute to determining the Commonwealth's compliance achieving the measurable goals of the Injunction's Term 44, i.e., Ongoing Service Analysis. During the Twenty-ninth Review Period, the Independent Reviewer's Individual Services Review team will collaborate with the Commonwealth to randomly select a sample of the individuals with complex adaptive support needs. These selected individuals' supports will also be reviewed through the Commonwealth's IMNR process. During the Twenty-ninth Review Period, the Independent Reviewer's Individual Services Review Team will also review and determine the adequacy of the Commonwealth's remediation system for the concerns that were identified as needing corrective actions during the Twenty-eighth Review Period's ISR and IMNR studies of individuals with complex behavioral support needs.

In Fiscal Year 2027 the Individual Services Review (ISR) study is projected to include thirty randomly selected individuals, approximately half of the number of randomly selected individuals whose supports will be reviewed annually to ensure sufficient confidence that findings from a full year's study can be generalized to a degree of confidence agreed upon by the Parties. Several factors influence how efficiently Individual Services Reviews can be completed. For the Twenty-ninth Period, these factors include that parallel studies will be conducted by the Commonwealth and involve related planning, modification to the existing Monitoring Questionnaires, collaboration and training, joint onsite visits, the level of organization and completeness of the documents provided, as well as the number of potential concerns identified and those tracked for effective remediation from the previous period's ISR/IMNR reviews.

This Fiscal Year 2027 budget estimate is based on two-person teams completing thirty ISRs. For this Fiscal Year 2027 budget, an average between 12 and 15 consultant hours for each of the reviews plus the time of the Independent Reviewer. The budget assumes that the consultant teams, comprised of a clinical expert, overseen by the Team Leader, completes a review of each individual's service documents, on-site visit in

the individual's home, interviews with the individual and his/her caregivers, collaboration with the Commonwealth's clinician reviewer's and communication, data aggregation and analysis, and report writing. The projected cost of thirty ISR reviews during and twenty to twenty five remediation reviews for Fiscal Year 2027 is $82,300 (1.96 days/review at $1,400 per day for thirty ISR) plus travel expenses.

**II. Consultants**

The Independent Reviewer will recruit, retain and coordinate the work of independent consultants with subject matter expertise. These experts will assist in compliance monitoring and provide evaluations and reports regarding the Commonwealth's progress toward completing the required actions and achieving the Permanent Injunction's specified goals for its Section IV Terms.

For the proposed Fiscal Year 2027 budget, consultant travel is estimated to total $7,158. This cost estimate is based on three multiple day trips at $2,146 each and three local day-trips at $240 each. Projected expenses consultants' compliance monitoring for Fiscal Year 2027 are listed below:

| Compliance Monitoring | Rate | Unit | Qty | Total |
|---|---|---|---|---|
| Individual Services Reviews | $1,400 | per day | 58.8 | $82,300 |
| Programs and Systems | $1,400 | per day | 58.1 | $81,340 |
| Travel | $2,146 | per trip | 3.0 | $6,438 |
| Day Trips | $ 240 | per day | 3.0 | $720 |
| TOTAL | | | | $170,798 |

**Cost Basis: Local Consultant Day Trips**

**Day Trip Expenses**

| | |
|---|---|
| Car Rental + Gas | $160 |
| Per diem | $ 80 |
| | $240 |

Note: The Independent Reviewer's schedule and distribution of expenses was projected for budgeting purposes. The actual schedule and resource allocation will be determined based on the circumstances of implementing the Terms of the Permanent Injunction, Court activities and compliance monitoring requirements.