IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
May 18, 2026
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

UNITED STATES OF AMERICA,
Plaintiff,

v. Civil Action No. 3:12cv59

COMMONWEALTH OF VIRGINIA,
Defendant,

and

PEGGY WOOD, et al.,
Intervenor-Defendants

**ORDER**

This matter comes before the Court on an unopposed motion to withdraw as counsel. (ECF No. 570.) Benjamin O. Tayloe, Jr., Esq., seeks to withdraw as counsel for the United States of America because he will leave the United States Department of Justice effective May 30, 2026. (*Id.* at 1.) Kyle Smiddie, Esq., and the Civil Rights Division, United States Department of Justice, and Robert McIntosh, Esq., and the United States Attorney's Office for the Eastern District of Virginia, will continue to represent the United States. (*Id.*)

Upon due consideration, the Court GRANTS the motion. (ECF No. 570.)

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 18 May 2026
Richmond, VA

/s/ [signature]
John A. Gibney, Jr.
Senior United States District Judge